UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>  GLENNA MARIE BISHOP<br><br>                                           Debtor | CASE NO: 07-31605<br>         (Chapter 13)<br><br>JUDGE GUY R. HUMPHREY |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4030226**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 2/ 13 | CAPITAL ONE BANK<br>% TSYS DEBT MGMT<br>BOX 5155<br>NORCROSS, GA  30091 | 4.66 |
| 23/ 12 | CAPITAL ONE BANK<br>% TSYS DEBT MGMT<br>BOX 5155<br>NORCROSS, GA  30091 | 12.91 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 8/31/2010

Certificate of Service        07-31605

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

GLENNA MARIE BISHOP
5564 COBBLEGATE DRIVE
DAYTON, OH  45449

WAYNE P NOVICK
2135 MIAMISBURG-CENTERVILLE RD
CENTERVILLE, OH  45459

(12.1)
CAPITAL ONE BANK
% TSYS DEBT MGMT
BOX 5155
NORCROSS, GA  30091

(27.1n)
CENLAR % MCCALLA RAYMER
BANKRUPTCY DEPARTMENT
1544 OLD ALABAMA RD
ROSWELL, GA  30076

(33.1n)
JOHN D CLUNK CO LPA
% SCOTT P CIUPAK
4500 COURTHOUSE BLVD
SUITE 400
STOW, OH  44224

(32.1n)
PRA RECEIVABLES MANAGEMENT LLC
AGENT OF PORTFOLIO RECOVERY
BOX 41067
NORFOLK, VA  23541

Jeffrey M. Kellner BY    ___/s/ Jeffrey M. Kellner_____    sv